May 8, 2017

Linda Li, MD

Pain Management & Rehabilitation Center at Chicago

1935 S State Street, Unit C

Chicago, IL 60616

Winnebago county sheriff department

650 W State Street

Rockford, IL 61108

RE: Sheriff Instruction

To whom it may concern,

Dear Sir,

We need you to serve summon in civil action to defendants: first Police officer Ms. Elizabeth Hughes, and second Department of Police in City of Rockford. Enclosed please find notices of fillings, four copies of summons in civil action, two copies of complaints, and two copies of amended complaints. Please fill out the proof of service as instructed in the summons.

City of Rockford, Department of the law

Police department

425 E States Street

City of Rockford

Rockford, IL 61104

Please contact me at 8155409800 or 312-8081200 if you have any questions.

Thanks.

Your sincerely:

Linda Li MD

**FILED**

MAY 31 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| Return of Service | Case #: 17CV2498 | Internal ID 17-5825 |

I, Process Server Donald Prine, hereby certify:

I served the attached summons and a copy of the complaint as follows:

on defendant corporation POLICE DEPT OF CITY OF ROCKFORD, by leaving a copy of the summons and the complaint with NORA DOYLE, sex F, race W, age 64,
☐ Registered Agent   ☐ Officer   ☒ Agent, of the corporation on Monday, May 15, 2017, at the hour of 10:34 AM at 425 E STATE ST ROCKFORD, IL 61104.

Comment: SERVED C/O NORA DOYLE F/W 64 425 E. STATE (CITY HALL)

**Gary Caruana**

Sheriff of Winnebago County

*Donald Prine*

By **Process Server Donald Prine**

Badge # 6246



# UNITED STATES DISTRICT COURT
## for the
### Northern District of Illinois

5-25

MAY 11 2017 10:22

Linda Li MD

Plaintiff(s)

v.

Police Department of city of Rockford et al

Defendant(s)

Civil Action No. 1:17-cv-02498

PAID MAY 1 1 2017

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

Police Dept of city of Rockford #1
CC: Mr. Ifeanyi C. Mogbana
Assistant city Attorney, city of Rockford, Dept of law
425 E State street, Rockford, IL 61004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Linda Li MD
1941 S Wells street
Chicago, IL 60616

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR 3 1 2017

Emily Wall

*Signature of Clerk or Deputy Clerk*

PAID MAY 11 2017

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

❐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

❐ I returned the summons unexecuted because ; or

❐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: